NOLAN HEIMANN LLP
Jordan Susman, Esq. (SBN 246116)
Margo Arnold, Esq. (SBN 278288)
16000 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 574-5710
E-mail: jsusman@nolanheimann.com
       marnold@nolanheimann.com

Attorneys for Plaintiff
Leg Avenue, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEG AVENUE, INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>JACOBSON HAT COMPANY, INC., a Pennsylvania corporation; DOES 1-10, inclusive,<br><br>        Defendants. | Case No.:  2:23-cv-02127-SPG-AS<br><br>**STIPULATION FOR PERMANENT INJUNCTION** |

Plaintiff Leg Avenue, Inc. ("Plaintiff") and Defendant Jacobson Hat Company, Inc. ("Defendant"), by and through their attorneys of record, stipulate as follows:

A.  WHEREAS, Plaintiff brought an action against Defendant for copyright and trademark infringement, seeking, among other things, injunctive relief;

B.  WHEREAS, Plaintiff and Defendant seek to resolve all issues, claims, and controversies between Plaintiff and Defendant arising from this action;

Plaintiff and Defendant, by and through their attorneys of record, stipulate as follows:

1.  Defendant, and its officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with anyone described in Fed. R. Civ. P. 65(d)(2)(A) or (B) shall permanently cease and desist from copying Plaintiff's copyrighted photographs (VA0001766538).

2.  Defendant, and its officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with anyone described in Fed. R. Civ. P. 65(d)(2)(A) or (B) shall permanently cease and desist from using in any manner, advertising, promoting, selling or offering to sell, or authorizing others to use the Leg Avenue Nerd Kit Packaging that was the subject of this Action, or any colorable imitations thereof.

3.  The prevailing party in any proceeding to enforce the terms of this Permanent Injunction shall be entitled to seek to recover its attorneys' fees and costs incurred therewith.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 11, 2023                              NOLAN HEIMANN, LLP

By: _____/s/ Jordan Susman_____
Jordan Susman
Attorneys for Plaintiff
Leg Avenue, Inc.

Dated: May 11, 2023                              ROYER COOPER COHEN BRAUNFELD LLC

By: _____/s/ Nancy Rubner Frandsen__
Nancy Rubner Frandsen
(*pro hac vice* to be filed)
Attorneys for Defendant
Jacobson Hat Company, Inc.